**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN RODNEY VEACH,** | : | **CRIMINAL NO 1:12-CV-0810** |
| | : | |
| **Petitioner,** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **WARDEN T.R. SNIEZEK,** *et al.*, | : | |
| | : | |
| **Respondents.** | : | |

## ORDER

AND NOW, this 4th day of November, 2013, upon consideration of the

petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the

accompanying memorandum, it is hereby ORDERED that:

   1.   The petition for writ of habeas corpus (Doc. 1) is DISMISSED for lack
        of jurisdiction.

   2.   The Clerk of Court is directed to CLOSE this case.


            /S/ CHRISTOPHER C. CONNER
            Christopher C. Conner, Chief Judge
            United States District Court
            Middle District of Pennsylvania